COURT OF CRIMINAL APPEALS OF TEXAS

ANGEL TORRES

V.

THE STATE OF TEXAS

BRIEF NO- 02-14-00345-CR

COURT NO: 1361363 D

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW RESPECTFULLY ANGEL TORRES PETITIONER PRO-SE IN ABOVE STYLED AND NUMBERED CAUSE WHOM ARE PROCEEDING IN PRO-SE FILES AND SUBMITS THIS MOTION FOR EXTENSION OF TIME TO PREPARE PETITION FOR DISCRETIONARY REVIEW AND IN SUPPORT THE PETITIONER WILL SHOW:

### I

THAT APPEALS COUNSEL SUBMITTED APPELLANT BRIEF ON BEHALF OF THE APPELLANT AND THE COURT DID NOT GRANT RELIEF SOUGHT.

### II

APPEAL COUNSEL WITHDREW AS LEGAL COUNSEL WITHOUT FILING FOR REHEARING AND WITH OUT WARNING LEAVING THE APPELLANT WITHOUT LEGAL COUNSEL.

### III

PETITIONER MADE RESPECTFUL REQUEST OF THE COURT FOR NEW APPEALS COUNSEL AND WAS DENIED. AND THE PETITIONER LACK THE LEGAL SKILLS TO FILE PETITION AND IS SEEKING HELP AND NEEDS A LITTLE EXTRA TIME TO FIND SOMEONE WITH THE LEGAL SKILLS NEED TO FILE LEGAL PAPER WORK

WHEREFORE THE PETITIONER PRAYS THAT THE HONORABLE
COURT OF CRIMINAL APPEALS WILL GRANT THIS MOTION
FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY
REVIEW

ON THIS THE 31 DAY OF August 2015

RESPECTFULLY SUBMITTED

Angel Torres
ANGEL TORRES
100 N. LAMAR ST.
FORT WORTH
TEXAS 76196

## ORDER

CAME ON THIS THE ___ DAY OF ___ 2015 PETITIONER MOTION FOR
EXTRA TIME TO FIND HELP IN FILING PETITION FOR DISCRETIONARY
REVIEW HAVING BEEN PRESENTED TO THE COURT AND THE
COURT HAVING CONSIDERED SAID MOTION AND HEREBY
GRANTS/DENIED AND ORDER AS FOLLOWS:

HONORABLE JUDGE PRESIDING

## Verification of Unsworn Declaration

I, __Angel Torres__, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #__0649860__, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Declaration of Conflict and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this __31__ day of __August__, 20__15__.

__Angel Torres__
[Defendant's Name], Defendant Pro Se
CID #__0649860__ DOB __5/7/85__
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

### Certificate of Service

I, __A.T.__, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Tim Curry by mailing via first-class mail to JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this __31__ day of __August__, 20__15__.

__Angel Torres__
[Defendant's Name], Defendant Pro Se
CID #__0649860__ DOB __5/7/85__
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954